ACCEPTED
03-15-00012-CR
4563996
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 1:20:48 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—15—00012—CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 1:20:48 PM
JEFFREY D. KYLE
Clerk

EX PARTE                                X        IN THE COURT OF APPEALS
                                        X
                                        X        THIRD COURT OF APPEALS
                                        X
TREVINO DARNELL FOX         X        STATE OF TEXAS

## APPELLANT'S AMENDED MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on February 23, 2015. No previous Motions to Extend Time have been sought.

II.

The undersigned counsel expects the Appellant's Brief to be completed no later than March 23, 2015. In an abundance of caution,

counsel would respectfully request that the deadline for submitting the Appellant's Brief be extended to March 27, 2015.

III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 18th day of March, 2015.


      _/s/ Paul M. Evans_____
      PAUL M. EVANS


## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 320 words, all contents included.


      _/s/ Paul M. Evans_____
      PAUL M. EVANS